1

2

3

4

5

6

7

8         **IN THE UNITED STATES DISTRICT COURT**

9         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   VITALY V. KONONOV,               No. 2:15-cv-1324-GEB-CMK

12            Plaintiff,

13      vs.                     <u>ORDER</u>

14   SACRAMENTO COUNTY SHERIFF
DEPARTMENT, et al.,

15            Defendants.

16   _____ /

17           Plaintiff, proceeding[1] pro se, brings this civil rights action pursuant to 42 U.S.C. §

18   1983.   Plaintiff has not, however, filed an application to proceed in forma pauperis or paid the

19   required filing fee.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  Fees are required to be paid in all cases

20   filed with this court, unless plaintiff can show he is unable to prepay fees and costs or give

21   security therefor.  Plaintiff will be provided the opportunity to submit either a completed

22   application to proceed in forma pauperis or the appropriate filing fee.  Plaintiff is warned that

23   failure to resolve the fee status of this case within the time provided may result in the dismissal

24   of this action for lack of prosecution and failure to comply with court rules and orders.  <u>See</u> Local

25   _____

26        [1]     It appears that plaintiff brought this action while incarcerated, but is now no
longer confined.

Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, or the appropriate filing fee; and

2.      The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis.


DATED:  December 14, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE